UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOWELL DEQUINCY GREEN, #518662 | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | No. 3:24-CV-02514-B (BT) |
| DIRECTOR, TDCJ-CID | ) ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's complaint will be dismissed.

Plaintiff is **WARNED** that if he persists in filing frivolous or baseless cases, cases in which he is barred from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) and fails to pay the filing fee, or cases in which the Court lacks subject matter jurisdiction, the Court may impose monetary sanctions and/or bar him from bringing any further action.

SIGNED this 8th day of January, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE